## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV **09-8209-R (PLAx)**                                    Date **October 30, 2012**

Title:  **United States of America v. Kimball Dean Richards**

------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE     **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| **Christianna Howard** | **N/A** | **N/A** |
|:---:|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEY PRESENT FOR JUDGMENT CREDITOR: | ATTORNEYS PRESENT FOR JUDGMENT DEBTOR: |
|:---:|:---:|
| NONE | NONE |

**PROCEEDINGS:     (CONTINUED JUDGMENT DEBTOR EXAM OF KIMBALL DEAN RICHARDS)**

The judgment debtor exam of Kimball Dean Richards was originally held on August 7, 2012, and continued to Tuesday, October 30, 2012.  As of 10:20 a.m. no appearance was made by counsel for judgment creditor, judgment debtor Kimball Dean Richards or counsel for judgment debtor.  **No later than Friday, November 2, 2012**, both judgment creditor and judgment debtor are ordered to show cause why sanctions should not be imposed for failure to appear at the October 30, 2012, hearing, or not requesting that the matter be taken off calendar.

cc:     Counsel of record

Initials of Deputy Clerk_____ch_____