UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-8209-R (PLAx)                                    Date October 30, 2012

Title:  United States of America v. Kimball Dean Richards

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEY PRESENT FOR JUDGMENT CREDITOR:**
NONE

**ATTORNEYS PRESENT FOR JUDGMENT DEBTOR:**
NONE

**PROCEEDINGS:**    (CONTINUED JUDGMENT DEBTOR EXAM OF KIMBALL DEAN RICHARDS)

The judgment debtor exam of Kimball Dean Richards was originally held on August 7, 2012, and continued to Tuesday, October 30, 2012.  As of 10:20 a.m. no appearance was made by counsel for judgment creditor, judgment debtor Kimball Dean Richards or counsel for judgment debtor. **No later than Friday, November 2, 2012**, both judgment creditor and judgment debtor are ordered to show cause why sanctions should not be imposed for failure to appear at the October 30, 2012, hearing, or not requesting that the matter be taken off calendar.

cc:    Counsel of record

Initials of Deputy Clerk_____ch____